85 A.3d 975

### IN THE MATTER OF BENJAMIN C. WEINER, AN ATTORNEY AT LAW (ATTORNEY NO. 030991985).

March 13, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–073, concluding that **BENJAMIN C. WEINER** of **LIVINGSTON,** who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 8.2(a) (a lawyer shall not make a statement that the lawyer knows to be false or with reckless disregard as to its truth or falsity concerning the qualifications of a judge), and good cause appearing;

It is ORDERED that **BENJAMIN C. WEINER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.